UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S LONGSHORE,

        Plaintiff,

v.

MASON COUNTY, et al.,

        Defendants.

No. 3:19-CV-05844-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record. No objections were filed to the Report and Recommendation. The Court does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation (Dkt. 7).

(2)    Plaintiff's Motion to Voluntarily Dismiss is granted, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is denied as moot, and the Complaint is dismissed without prejudice.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 28th day of October, 2019.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1